William D. Hyslop
United States Attorney
Eastern District of Washington
Meghan M. McCalla
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 10 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:19-CR-2059-SAB |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 26 U.S.C. § 5861(c) – Receipt or Possession of a Firearm Made in Violation of NFA (Count 1) |
| MARC ANTHONY WILLY, | 26 U.S.C. § 5861(d) – Receipt or Possession of an Unregistered Firearm (Count 2) |
| Defendant. | 26 U.S.C. § 5861(f) – Making of a Firearm in Violation of NFA (Count 3) |
| | 49 U.S.C. § 80303, 26 U.S.C. § 5872, 28 U.S.C. § 2461 Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about May 12, 2019, in the Eastern District of Washington, the Defendant, MARC ANTHONY WILLY, did knowingly receive and possess a firearm, to wit: an

INDICTMENT                              1

improvised explosive device, which is a destructive device as defined pursuant to 26 U.S.C. § 5845(a)(8), (f)(1)(A), which was made in violation of 26 U.S.C. §§ 5822, 5861(c), 5871, and 18 U.S.C. § 2.

## COUNT 2

On or about May 12, 2019, in the Eastern District of Washington, the Defendant, MARC ANTHONY WILLY, did knowingly receive and possess a firearm, to wit: an improvised explosive device, which is a destructive device as defined pursuant to 26 U.S.C. § 5845(a)(8), (f)(1)(A), which was not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. §§ 5841, 5861(d), 5871, and 18 U.S.C. § 2.

## COUNT 3

By on or about May 12, 2019, in the Eastern District of Washington, the Defendant, MARC ANTHONY WILLY, did knowingly make a firearm, to wit: an improvised explosive device, which is a destructive device as defined pursuant to 26 U.S.C. § 5845(a)(8), (f)(1)(A), all in violation of 26 U.S.C. §§ 5822, 5861(f), 5871, and 18 U.S.C. § 2.

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872 and 28 U.S.C. § 2461, upon conviction of an offense(s) in violation of 26 U.S.C. § 5861, as set forth in this Indictment, the Defendant, MARC ANTHONY WILLY, shall forfeit to the United States of America, any firearms involved or used in the commission of the offense(s).

DATED: December 10, 2019

A TRUE BILL

William D. Hyslop
United States Attorney

*[signature]*

Thomas J. Hanlon
Supervisory Assistant United States Attorney

*[signature]*

Meghan M. McCalla
Assistant United States Attorney

INDICTMENT                            3