FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARC ANTHONY WILLY,<br><br>Defendant. | No. 1:19-CR-02059-SAB-1<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 34** |

Before the Court is Defendant's Motion to Modify Conditions of Pretrial Release (ECF No. 34). Defendant represents that neither the United States, nor the United States Probation Office oppose the proposed modification.

On December 23, 2019, the Court ordered that Defendant be released on a combination of conditions, including GPS home confinement (ECF No. 19, Special Condition No. 9). Defendant now requests that Special Condition No. 9 be converted to a curfew. Because Defendant has demonstrated compliance since he has been released and has maintained newfound stability and sobriety in his life, the Court finds the modification is warranted.

ORDER - 1

Accordingly; **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Modify Conditions of Pretrial Release (**ECF No. 34**) is **GRANTED.**

2. **Special Condition No. 9** shall be modified as follows:

**Defendant shall be restricted to his approved residence every day from 9:00 PM to 7:00 AM. The United States Pretrial Services/Probation Office shall have discretion to alter the prescribed curfew hours to accommodate future employment.**

3. All other conditions of pre-trial release (ECF No. 19) shall remain in force.

DATED June 22, 2020.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2