# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Willy, Marc Anthony | Docket No. | 0980 1:19CR02059-001 |

**Petition for No Action on Conditions of Pretrial Release**

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Marc Anthony Willy, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 23rd day of December 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is considered to be in non-compliance with his conditions of release by admitting to using marijuana and methamphetamine on or about July 22, 2020.

The defendant was released from custody on December 28, 2019, to attend inpatient substance abuse treatment at Sundown M Ranch in Yakima, Washington. He released from inpatient treatment on February 1, 2020. The defendant's conditions of release were reviewed with him on February 3, 2020. The defendant signed a copy of his conditions acknowledging they have been reviewed with him, specifically standard condition number 9, as noted above.

On July 23, 2020, the defendant sent the undersigned officer a text message indicating he had a relapse and admitted to using controlled substances. As a result due to his drug use, he had to move out of the Oxford House clean and sober living facility and moved into his recreational vehicle (RV) that will be parked at his friend's residence in Kennewick, Washington.

The defendant contacted the United States Probation Office on July 24, 2020, to speak to an officer in person as the undersigned was on approved leave. The defendant admitted that he had used marijuana and methamphetamine on July 22, 2020, and wanted to report this information to an officer. He also reported that he will be staying with his friend at 16904 S. 1987 PR SE, Kennewick, Washington, as he is allowed to park his RV at this residence until he is able to get back into clean and sober living. The defendant has also made contact with his drug and alcohol counselor at Merit Resource Services to address his relapse.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

Re: Willy, Marc Anthony
July 30, 2020
Page 2

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 30, 2020

by s/Daniel M. Manning

Daniel M. Manning
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

7/30/2020

Date