FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARC ANTHONY WILLY,<br><br>Defendant. | No. 1:19-CR-02059-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 63** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 63).  Defendant requests that the Court terminate Special Condition No. 9.  That condition originally required Defendant to participate in a program of GPS and home confinement (ECF No. 19, Special Condition No. 9).  The Court subsequently converted Special Condition No. 9 to GPS monitoring with a curfew, rather than home confinement.  ECF No. 35.  Defendant now asks the Court to terminate Special Condition No. 9.  In support of his motion, Defendant notes his success on pretrial release.  Neither the United States nor the United States Probation/Pretrial Services Office oppose the Motion.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 1

For the reasons set forth in the Motion;

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 63**) is **GRANTED**.

2. Special Condition No. 9 (**ECF Nos. 19, as modified in ECF No. 35**) shall be **TERMINATED**.

3. All other conditions of release shall remain in effect.

DATED September 29, 2021.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE
